James H. Lister Esq.
Birch Horton Bittner & Cherot, PC
1100 Connecticut Ave., NW, Ste. 825
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
Email:jlister@dc.bhb.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| STATE OF ALASKA, | ) | Case No. 3:17-cv-00013-SLG |
| Plaintiff, | ) | |
| v. | ) | |
| RYAN ZINKE, in his official capacity as Secretary of the U.S. Department of the Interior, *et al.* | ) | **NOTICE OF ADDRESS CHANGE FOR ATTORNEY JAMES H. LISTER** |
| Federal Defendants, | ) | |
| and | ) | |
| ALASKA WILDLIFE ALLIANCE, *et al.* | ) | |
| Intervenor-Defendants. | ) | Case No. 3:17-cv-00014-SLG |
| _____ | ) | |
| SAFARI CLUB INTERNATIONAL, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| RYAN ZINKE, in his official capacity as Secretary of the U.S. Department of the Interior, *et al.* | ) | |
| Federal Defendants, | ) | |
| and | ) | |

| | |
|---|---|
| ALASKA WILDLIFE ALLIANCE, *et al.* ) | Case No. 3:17-cv-00026-SLG |
| ) | |
|     Intervenor-Defendants. ) | |
| ) | |
| _____ ) | |
| ) | |
| ALASKA PROFESSIONAL HUNTERS ) | |
| ASSOCIATION, *et al.* ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.* ) | |
| ) | |
|     Federal Defendants, ) | |
| ) | |
| ALASKA WILDLIFE ALLIANCE, *et al.* ) | |
| ) | |
|     Intervenor-Defendants. ) | |
| _____ | |

## Notice of Address Change

Please take notice that the physical address for James H. Lister, Esq., counsel for record herein for Plaintiffs Alaska Professional Hunters Association and Sportsmen's Alliance Foundation, et al., has changed. Please note the following new address information (phone, fax, and email are unchanged):

**NEW ADDRESS:**

    James H. Lister, Esq.
    Birch Horton Bittner & Cherot, PC
    1100 Connecticut Ave., NW, Ste. 825
    Washington, D.C. 20036
    Telephone: (202) 659-5800
    Facsimile: (202) 659-1027
    Email:jlister@dc.bhb.com

Dated: February 7, 2018    Respectfully submitted,

                                        /s/ *James H. Lister*
                                        James H. Lister Esq.
                                        Birch Horton Bittner and Cherot, PC
                                        1100 Connecticut Ave., NW, Ste. 825

Washington, DC 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
jlister@dc.bhb.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the 7th day of February, 2018, a copy of the foregoing pleading was served via the Court's electronic filing system to all counsel of record.

/s/ *James H. Lister*
James H. Lister Esq.